IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TREGLIA, | ) | No. C 12-2522 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | FOR EXTENSION OF TIME |
| v. | ) | TO FILE OPPOSITION |
| | ) | |
| SCOTT KERNAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Doc. No. 22). |

      Plaintiff, a California state prisoner currently incarcerated at Pelican Bay State Prison, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants filed a motion to dismiss. (Doc. No. 16.) Plaintiff has filed a motion for an extension of time to file an opposition to the Defendants' motion to dismiss. (Doc. No. 22.)

      Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than twenty-one (21) days** from the date this order is filed. Defendants shall file a reply within fourteen (14) days thereafter.

      This order terminates docket number 22.

      IT IS SO ORDERED.

DATED: 1/13/13

LUCY H. KOH

Order of Dismissal with Leave to Amend
G:\PRO-SE\SJ.LHK\CR.12\Treglia522eot-opp.wpd