IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | No. C 12-2522 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION<br><br>(Doc. No. 44.) |

　　　Plaintiff, a California state prisoner currently incarcerated at Pelican Bay State Prison, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. The Court issued an order of service. (Doc. No. 11.) Defendants have filed a motion for an extension of time to file a dispositive motion. (Doc. No. 44.)

　　　Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion **no later than May 27, 2013.** Plaintiff shall file an opposition **within twenty-eight (28) days** after Defendants' motion is filed. Defendants shall file a reply **within fourteen (14) days thereafter**.

　　　This order terminates docket number 44.

　　　IT IS SO ORDERED.

DATED: 4/15/13

LUCY H. KOH
United States District Judge