IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT KERNAN, et al.,<br><br>          Defendants. | No. C 12-2522 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION<br><br>(Docket No. 95.) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials. On February 10, 2014, the court directed defendants to file a dispositive motion within ninety days. (Docket No. 90.) Defendants have filed a motion requesting an extension of time to file a dispositive motion. (Docket No. 95.)

Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion **no later than June 2, 2014.** Plaintiff shall file an opposition **within twenty-eight (28) days** after defendants' motion is filed. Defendants shall file a reply **within fourteen (14) days thereafter**.

This order terminates docket number 95.

IT IS SO ORDERED.

DATED: 5/28/14

_____
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Dispositive Motion
P:\PRO-SE\LHK\CR.12\Treglia522eot-dispo3.wpd