IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL TREGLIA, | ) | No. C 12-2522 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO STAY DISCOVERY |
| v. | ) ) | |
| SCOTT KERNAN, et al., | ) ) | (Docket No. 100.) |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. On June 2, 2014, defendants filed a motion for summary judgment on the merits, and based on qualified immunity. On June 9, 2014, defendants filed a motion to stay discovery pending the disposition of their argument that they are entitled to qualified immunity.

As a general rule, a district court should stay discovery until the issue of qualified immunity is resolved. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982). Accordingly, defendants' motion to stay discovery until the court has ruled on the issue of qualified immunity is hereby GRANTED. (Docket No. 100.)

IT IS SO ORDERED.

DATED: 7/16/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion to Stay Discovery
P:\PRO-SE\LHK\CR.12\Treglia522staydisc.wpd